In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-08-00500-CR


____________________



MICHAEL GEORGE MITCHELL, SR., Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 128th District Court


Orange County, Texas


Trial Cause No. A-050466-R






 MEMORANDUM OPINION


 On November 14, 2008, Michael George Mitchell, Sr., filed a notice of appeal from
a sentence imposed on September 5, 2008. The time for filing notice of appeal was not
extended by the timely filing of a motion for new trial. See Tex. R. App. P. 26.2(b). The
notice of appeal was filed with the trial court more than thirty days from the date of
sentencing and outside the time for requesting an extension of time for filing the notice of
appeal. We notified the parties that the notice of appeal did not appear to have been timely
filed, but did not receive a response. 

 The Court finds that the notice of appeal was not timely filed. See Tex. R. App. P.
26.2. No motion for extension of time was timely filed pursuant to Tex. R. App. P. 26.3. It
does not appear that the appellant obtained an out-of-time appeal from the Court of Criminal
Appeals. The Court finds it is without jurisdiction to entertain this appeal. Accordingly, the
appeal is dismissed for want of jurisdiction.

 APPEAL DISMISSED.

 ______________________________

 HOLLIS HORTON

 Justice

 

Opinion Delivered February 4, 2009

Do Not Publish

Before Gaultney, Kreger, and Horton, JJ.